# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>   Petitioner,<br><br>   v.<br><br>CALIFORNIA DEP'T OF CORR. & REHAB., et al.,<br><br>   Respondents. | NO. ED CV 12-2046 SJO (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 2, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE